

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-13-00036-CR

---

BYRON O'KEITH BARRETT, Appellant

V.

STATE OF TEXAS, Appellee

---

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 24865

---

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Court reporter Terry Spangler recorded the trial court proceedings in our cause number 06-13-00036-CR, styled *Byron O'Keith Barrett v. The State of Texas*, trial court cause number 24865 in the 6th Judicial District Court of Lamar County, Texas. The reporter's record was due in this case April 29, 2013. After Spangler failed to respond to the efforts of our clerk's office to obtain a status report on the missing record, we entered an order on May 16 requiring Spangler to file the record on or before May 31. Rather than file the record, as ordered, Spangler filed a motion for extension of time, which we granted, giving Spangler until June 7 to file the record. We have received nothing from Spangler, and our patience has been exhausted.

We hereby order Spangler to file the reporter's record in cause number 06-13-00036-CR, *Byron O'Keith Barrett v. The State of Texas*, trial court cause number 24865, to be received by this Court no later than Wednesday, July 24, 2013. No further extensions of time will be granted.

If the record is not received by July 24, we advise Spangler that we will begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: July 17, 2013

2